# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| DAYTON POWER & LIGHT CO., *et al.*, | ) ) | |
|     Petitioners, | ) ) ) | Nos. 21-4072, 22-3351, 23-3196, 23-3324, 23-3366, 23-3417 |
| v. | ) ) | (cons.) |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) ) ) ) | |
|     Respondent. | ) | |

## **MOTION FOR LEAVE TO WITHDRAW**

Petitioner American Electric Power Service Corporation ("AEP") respectfully requests that one of its counsel, Matthew E. Price of Jenner & Block LLP, be granted leave to withdraw his appearance on behalf of AEP in these consolidated matters. Mr. Price is leaving Jenner & Block LLP effective December 10, 2024, and will no longer be representing AEP in this matter. AEP will continue to be represented in this matter by Zachary Cohen of Jenner & Block LLP and accordingly will not be prejudiced by the withdrawal of Mr. Price.

WHEREFORE, AEP respectfully requests that Matthew E. Price of Jenner & Block LLP be granted leave to withdraw his appearance on behalf of AEP in this matter.

Dated: December 10, 2024                Respectfully submitted,

/s/ Matthew E. Price

Matthew E. Price
JENNER & BLOCK LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
(202) 639-6873
mprice@jenner.com

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitations under Fed. R. App. P. 27(d)(2) because it is prepared using Times New Roman 14-point font and is 114 words.

/s/ Matthew Price

## CERTIFICATE OF SERVICE

On December 10, 2024, I caused the foregoing motion to be served on all counsel of record by filing it using the Court's CM/ECF system.

/s/ Matthew Price