Case No. 21-4072/22-3351/23-3196/23-3324/23-3366/23-3417

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

DAYTON POWER & LIGHT COMPANY, dba AES Ohio; AMERICAN ELECTRIC POWER SERVICE CORPORATION; DUKE ENERGY OHIO, INC.; FIRSTENERGY SERVICE COMPANY

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

Upon consideration of the motion of Matthew Price to withdraw as counsel for the petitioner,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                                **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued:  December 10, 2024